**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

**UNITED STATES OF AMERICA,**

    v.                                                         **Case No. 2:17CR85**

**EDWARD ALLEN McNAMES**

    **Defendant.**

**To:** The Honorable Fernando Galindo
     Clerk, United States District Court,
     and
     All parties of record.

### NOTICE OF APPEARANCE OF COUNSEL

NOW COMES the undersigned counsel, Jeffrey A. Swartz, by the law firm of Swartz, Taliaferro, Swartz & Goodove, and respectfully requests this Honorable Court to enter his appearance as counsel to defendant, Edward Allen McNames, in connection with the above-styled matter.

The undersigned counsel certifies that he is admitted to practice in this Court.

                                             Respectfully submitted,

                                             By:_____/s/_____

Jeffrey A. Swartz, Esquire
Virginia State Bar ID No. 28143
Attorney for Defendant, Edward Allen McNames
Swartz, Taliaferro, Swartz & Goodove
220 West Freemason Street
Norfolk, Virginia 23510
(757) 275-5000 Telephone
(757) 626-1003
Email: JSwartz@stsg-law.com

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of May, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

Elizabeth Yusi, Esquire
Assistant United States Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-6689
Elizabeth.Yusi@usdoj.gov

                                                        /s/
Jeffrey A. Swartz, Esquire
Virginia State Bar ID No. 28143
For Defendant, Edward Allen McNames
Swartz, Taliaferro, Swartz & Goodove
220 West Freemason Street
Norfolk, Virginia 23510
(757) 275-5000 Telephone
(757) 626-1003 Facsimile
Email: JSwartz@stsg-law.com