IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED IN OPEN COURT
JUL 21 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:17cr85 |
| ) | |
| EDWARD ALLEN MCNAMES, ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations in Count Four of the indictment and the following facts are true and correct, and that had the matter gone to trial the United States would have proven them beyond a reasonable doubt.

1. Between November 18, 2015, and January 17, 2016, the user of IP address 68.10.164.131 (the Target IP) was connected to the Internet using the Peer-to-Peer (P2P) file-sharing network. During that time, law enforcement was running software and was connected to the Internet in an undercover capacity. Law enforcement made a connection between the investigative computer and the computer/computing device running software assigned the Target IP. Law enforcement downloaded fourteen files from the Target IP. Several of the downloaded filed constituted images of minors engaging in sexually explicit conduct (SEC). Law enforcement sent this information to the Federal Bureau of Investigation-Norfolk for further investigation.

2. On August 09, 2016, law enforcement served an administrative subpoena to Cox Communications, Inc. (Cox) requesting information related to the user assigned the Target IP. According to the information received from Cox, the customer associated with the Target IP

account was defendant EDWARD ALLEN MCNAMES at his residence in Virginia Beach, Virginia.

3. Virginia Beach is located within the Eastern District of Virginia.

4. On November 18, 2016, law enforcement executed a search warrant at the residence of MCNAMES in ~~Virginia Beach~~ NORFOLK. Pursuant to the search warrant, law enforcement seized computers and computer media belonging to MCNAMES.

5. At the same time as the search warrant, MCNAMES was interviewed by law enforcement. MCNAMES admitted to having P2P software and watching child pornography for over a year.

6. Subsequent to the search warrant, a computer forensic analysis was performed on MCNAMES' computers and other computer media. This analysis revealed the presence of numerous images and videos depicting images of minors engaging in SEC. These include images that contain visual depictions of prepubescent minors.

7. The investigation and evidence reveal that on or about November 18, 2016, in ~~Virginia Beach~~ Norfolk, in the Eastern District of Virginia, defendant EDWARD ALLEN MCNAMES did knowingly possess one or more matters, that is, a Lexar USB thumb drive, which was manufactured outside of the Commonwealth of Virginia, which contained visual depictions that had been mailed, and had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed, and so shipped and transported, by any means including by computer, and the production of such visual depictions involved the use of minors, including prepubescent minors and minors who had not attained 12 years of age, engaging in SEC, and such visual depictions are of such conduct.

8. Examples of the visual depictions on the latter electronic media are described as numerous images of prepubescent girls, naked at least from the waist down, spreading their legs so their vaginal areas are visible to the viewer. The girls are being posed seductively and the focus of the images is on the girls' pubic area.

9. MCNAMES knew that the latter visual depictions and other images contained on his computer and computer media were images depicting actual minors engaged SEC.

10. The Internet is an interconnected network of computers with which one communicates when on-line, and that network crosses state and national borders.

11. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offense charged in this case nor does it identify all of the persons with whom the defendant may have engaged in illegal activities.

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Elizabeth M. Yusi
Assistant United States Attorney

*U.S. v. EDWARD ALLEN MCNAMES*, 2:17cr85

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, EDWARD ALLEN MCNAMES, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

EDWARD ALLEN MCNAMES

I am EDWARD ALLEN MCNAMES' attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Jeffrey Swartz, Esq.
Counsel for Defendant

