IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA,**

v.                               **CRIMINAL NO.: 2:17cr85**

**EDWARD ALLEN McNAMES**

Defendant.

## ORDER

THIS DAY came the Defendant, Edward Allen McNames, by counsel, and moved this Honorable Court to continue his sentencing hearing on the grounds set out in his Motion for Continuance, and without objection by the United States, and for good cause shown, it is Ordered that the sentencing date shall be continued and the parties shall select a new sentencing date.

/s/ _____
Mark S. Davis
United States District Judge

JUDGE

Sept. 5, 2017

I ask for this:

/s/_____
Jeffrey A. Swartz, Esquire
Virginia State Bar No. 28143
Attorney for Edward Allen McNames
Swartz, Taliaferro, Swartz & Goodove, P.C.
220 W Freemason Street
Norfolk, Virginia 23510
Phone: (757) 275-5000
Facsimile: (757) 626-1003
E-mail: jswartz@stsg-law.com

Seen and agreed to:


/s/_____
Elizabeth M. Yusi, Esquire
Attorney for the United States
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone: (757) 441-6331
Facsimile: (757) 441-6689
Email: elizabeth.yusi@usdoj.gov