

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

UNITED STATES OF AMERICA

v.                                                ACTION NO.: 2:17CR85

EDWARD ALLEN MCNAMES,

      Defendant.

## <u>ORDER ACCEPTING PLEA OF GUILTY</u>

    The Defendant, by consent, has appeared before the Court with counsel pursuant to Federal Rule of Criminal Procedure 11, and referral from United States District Judge Davis, and has entered a plea of guilty to Count One of the Criminal Information. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. The Court therefore accepts the plea of guilty.

    The Clerk shall mail a copy of this Order to all counsel of record.

    DONE AND ENTERED at NORFOLK, Virginia, this 12th day of January, 2018.

                               Lawrence R. Leonard
                   UNITED STATES MAGISTRATE JUDGE