IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.                              CRIMINAL NO.: 2:17cr85

EDWARD ALLEN McNAMES

Defendant.

## ORDER

This day came the Defendant, Edward Allen McNames, by and through counsel, and moved the Court to revoke the Release Order herein and to allow the Defendant to self-surrender to the U. S. Marshall on March 5, 2018; and for good cause shown it is accordingly

ORDERED that the Release Order issued on May 24, 2017 shall be revoked on March 5, 2018 and Defendant shall self-surrender to the U. S. Marshall no later than noon on March 5, 2018.

Enter: 2/28/18

/s/ *[signature]*
Mark S. Davis
United States District Judge

Judge

I ask for this:

/s/ _____
Jeffrey A. Swartz, Esquire
Virginia State Bar No. 28143
Attorney for Edward Allen McNames
Swartz, Taliaferro, Swartz & Goodove, P.C.
220 W Freemason Street
Norfolk, Virginia 23510
Phone: (757) 275-5000
Facsimile: (757) 626-1003
E-mail: jswartz@stsg-law.com

Seen and unopposed:

/s/ _____
Elizabeth M. Yusi, Esquire
Assistant United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331
Email: Elizabeth.Yusi@usdoj.gov